

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *C. J. Tower & Sons of Nia., Inc.* v. *United States* (48 Cust. Ct. 229, C.D. 2340), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 15, 1963

No. 67932.—Chadwick-Miller Importers, Inc., et al. *v.* United States, protests 60/19127, etc. (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brushes similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.

AUGUST 12, 1963

No. 67933.—Woolart Mills, Inc. *v.* United States, protest 60/16323. Protest dismissed May 22, 1963. (Not published.) Plaintiff's application for rehearing granted.

AUGUST 12, 1963

No. 67934.—APPEAL 5142.—United States *v.* Zanin & Son, Inc.— —C.D. 2385. (Appeal dismissed June 3, 1963.)

AUGUST 15, 1963

No. 67935.—APPEAL 5119.—Biddle Purchasing Co. *v.* United States.— C.D. 2345 affirmed April 25, 1963. C.A.D. 823.

BEFORE THE SECOND DIVISION, AUGUST 19, 1963

No. 67936.—Adorence Co. et al. *v.* United States, protests 60/9643, etc. (New York).